**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.                                       CASE NO: 8:09-cv-1093-T-26EAJ

JOHN S. MORGAN, et al.,

     Defendants.

_____/

# O R D E R

     Upon due consideration of the court file, it is ordered and adjudged that Plaintiff's

Motion for Entry of Default (Dkt. 43) is granted. The Clerk shall enter a clerk's default pursuant

to Rule 55(a) as to Defendants John S. Morgan, Marian I. Morgan, and Thomas D. Woodcock,

Jr.

     **DONE AND ORDERED** at Tampa, Florida, on September 1, 2009.


                      __s/*Richard A. Lazzara*_____
                      **RICHARD A. LAZZARA**
                      **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record