UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,
    Plaintiff,

vs.

Case No. 8-09-CV-1093-T-26BAJ

JOHN S. MORGAN, ET AL.
    Defendants.
_____/

## ORDER GRANTING MOTION FOR EXEMPTION FROM ASSET FREEZE ORDER

**THIS MATTER** came on for consideration upon the Motion for Exemption from Asset Freeze Order filed by Independent Bank. The Court finds that it is appropriate to grant the relief requested. Accordingly, it is **ORDERED** as follows:

1. The Motion for Exemption from Asset Freeze Order is granted.

2. Independent Bank is hereby permitted to replevin/repossess the automobile which is the subject of its security interest, described as 2006 Jaguar XJ-CV, VIN # SAJWA82C36TG50286 and may sell/auction said automobile to satisfy the outstanding indebtedness owing to Independent Bank.

3. A law enforcement officer may break through the structure surrounding the above-described automobile in order to effect its repossession.

**DONE AND ORDERED** in Tampa, Florida, on _December 29, 2009_.

RICHARD A. LAZZARA
United States District Judge

Copies furnished to:
Securities and Exchange Commission, c/o Polly A. Atkinson, Esq., 1801 California St., Suite 1500, Denver, CO 80202
Stephen E. Bowman, c/o Michael L. Schleich, Esq., 409 S. 17th St., Suite 500, Omaha, NE 68102
William Barrett Taylor, IV, Esq., P.O. Box 1531, Tampa, FL 33601
Bowman Marketing Group, Inc., c/o Michael L. Schleich, Esq., 409 S. 17th St., Suite 500, Omaha, NE 68102
William Barrett Taylor, IV, Esq., P.O. Box 1531, Tampa, FL 33601
Thomas D. Woodcock, Jr., c/o David A. Zisser, Esq., 633 – 17th St., Suite 2200, Denver, CO 80202