UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                            CASE NO: 8:09-cv-1093-T-26EAJ

JOHN S. MORGAN, et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration of Plaintiff's written submissions, together with the procedural history of this case as reflected on the Court's docket, it is ordered and adjudged that Plaintiff's Motion for Default Judgment Against Thomas Woodcock (Dkt. 67) is granted. Plaintiff's counsel is directed to provide the Court with a proposed final judgment on or before April 7, 2010.

**DONE AND ORDERED** at Tampa, Florida, on March 31, 2010.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA**
                                            **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record