UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                      **CASE NO**: 8:09-cv-1093-T-26EAJ

JOHN S. MORGAN, MARIAN I. MORGAN,
MORGAN EUROPEAN HOLDINGS, ApS
a/k/a MONEY TALKS, INC., ApS,
STEPHEN E. BOWMAN, BOWMAN
MARKETING GROUP, INC., and
THOMAS D. WOODCOCK, JR.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the issues discussed at the motion hearing held in this case this day, and for the reasons announced on the record, it is ordered and adjudged as follows:

1) Plaintiff's Motion for Default Judgment Against Morgan European Holdings (Dkt. 70) is granted. Plaintiff shall provide the Court with a proposed final judgment against this corporate entity.

2) The Motion to Stay filed *pro se* by Defendants John and Marian Morgan (Dkt. 80) is granted. All proceedings in this case as they relate to these two Defendants are stayed pending the outcome of their criminal case in case number 09cr585. The Clerk is directed to terminate the pending Motion for Default Judgment as to these two Defendants filed at docket 70.

3) All future pleadings, notices, and orders, including a copy of this order, shall be sent to both Defendants at the following address: Pinellas County Jail, 14400 49th Street North, Clearwater, Florida 33762.

**DONE AND ORDERED** at Tampa, Florida, on April 12, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record