# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                CASE NO: 8:09-cv-1093-T-26EAJ

JOHN S. MORGAN, MARIAN I. MORGAN,
MORGAN EUROPEAN HOLDINGS, APS a/k/a
Money Talks, Inc., APS, STEPHEN E. BOWMAN,
BOWMAN MARKETING GROUP, INC., and
THOMAS D. WOODCOCK, JR.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the procedural history of this case, together with Plaintiff's recent submissions, it is ordered and adjudged that Plaintiff's Motion for Default Judgment Against John Morgan and Marian Morgan (Dkt. 109) is granted. Plaintiff shall furnish this Court with a proposed final judgment on or before July 6, 2012.

**DONE AND ORDERED** at Tampa, Florida, on June 29, 2012.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record